

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00050-CV

IN RE REZA VAFAIYAN                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered relator's "Petitioner's Motion To Withdraw His Writ Of Mandamus," which we liberally construe as a voluntary motion to dismiss his petition for writ of mandamus. It is the court's opinion that the motion should be granted; therefore, we dismiss relator's petition for writ of mandamus.

PER CURIAM

PANEL: DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED: March 1, 2011

---

[1]See Tex. R. App. P. 47.4.